**DISMSIS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01004-CV

**ARTEMIS SUN, INC., CHRISTOPHER THOMPSON AND MICHAEL CAOLO, JR.,**
**Appellants**
**V.**
**FALCON GREEN ENERGY, LLC, DAN VOGLER, DAVID M. COX AND DEWEY**
**VAUGHN, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00663**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated August 29, 2018, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated August 29, 2018, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 3, 2018, we informed appellants the reporter's record had not been filed because appellant had not requested or paid for the reporter's record. To date, appellant has not

paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).



 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

181004F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ARTEMIS SUN, INC., CHRISTOPHER THOMPSON AND MICHAEL CAOLO, JR., Appellants

No. 05-18-01004-CV          V.

FALCON GREEN ENERGY, LLC, DAN VOGLER, DAVID M. COX AND DEWEY VAUGHN, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-00663.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees FALCON GREEN ENERGY, LLC, DAN VOGLER, DAVID M. COX AND DEWEY VAUGHN recover their costs of this appeal from appellants ARTEMIS SUN, INC., CHRISTOPHER THOMPSON AND MICHAEL CAOLO, JR.

Judgment entered December 20, 2018

–3–